# United States Bankruptcy Court
## Northern District of Illinois

**VOLUNTARY PETITION**

| | |
|---|---|
| **Name of Debtor - (If individual, enter Last, First, Middle):**<br>**Jones, Lacrisha** | **Name of Joint Debtor (Spouse) (Last, First, Middle):** |
| **All Other Names used by the Debtor in the last 6 years**<br>(include married, maiden, and trade names): | **All Other Names used by the Joint Debtor in the last 6 years**<br>(include married, maiden, and trade names): |
| **Soc. Sec./Tax I.D. No. (if more than one, state all):**<br>~~XXX-X~~8-9292 | **Soc. Sec./Tax I.D. No. (if more than one, state all):** |
| **Street Address of Debtor (No. .Street, City, State  Zip Code):**<br>141 Providence Drive<br><br>Matteson, IL  60443 | **Street Address of Joint Debtor (No. .Street, City, State  Zip Code):** |
| **County of Residence or of the**<br>**Principal Place of Business:**  COOK Ill | **County of Residence or of the**<br>**Principal Place of Business:** |
| **Mailing Address of Debtor (if different from street address):** | **Mailing Address of Joint Debtor (if different from street address):** |
| **Location of Principal Assets of Business Debtor:**<br>(if different from address listed above) | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue (Check any applicable box)**

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor (Check all boxes that apply)**

☒ Individual(s)  ☐ Railroad
☐ Corporation  ☐ Stockbroker
☐ Partnership  ☐ Commodity Broker
☐ Other

**Nature of Debt (Check one box)**

☒ Consumer/Non-Business  ☐ Business

**Chapter 11 Small Business (Check all boxes that apply)**

☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e). (Optional)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box)**

☒ Chapter 7  ☐ Chapter 11  ☐ Chapter 13
☐ Chapter 9  ☐ Chapter 12
☐ Sec. 304 - Case Ancillary to Foreign Proceeding

**Filing Fee (Check one box)**

☒ Filing fee attached

☐ Filing fee to be paid in installments. (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Statistical/Administrative Information  (Estimates only)**

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

**THIS SPACE FOR COURT USE ONLY**

KENNETH S. GARDNER, CLERK
PS REP. - MBM

FILED
JUL 7 2010
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

**Voluntary Petition**

*(This page must be completed and filed in every case).*

Name of Debtor(s):

Jones, Lacrisha

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheets) | | |
|---|---|---|
| Location Where Filed: **NONE** | Case Number | Date Filed |

| Pending Bankruptcy Case Filed By Any Spouse, Partner Or Affiliate Of This Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor NONE | Case Number | Date Filed |
| District | Relationship | Judge |

## SIGNATURES

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

(If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7) I am aware that I may proceed under chapter 7, 11, 12 and 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

x _____
Signature of Debtor

_____
Signature of Joint Debtor

(773) 746-4326
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Attorney

_____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Firm Address                                    Tel. No.

Names and Social Security numbers of all individuals who prepared or assisted in preparing this document:

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

_____
Signature of Attorney for Debtor(s)                    Date

_____
Signature of Bankruptcy Petition Preparer             Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.     11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court

### Northern District of Illinois

In re:  **Lacrisha Jones**

Case No. _____

Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $220,040.00 | | |
| B - Personal Property | Yes | 5 | $4,400.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claim | Yes | 1 | | $338,736.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Non Priority Claims | Yes | 5 | | $203,795.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $5,821.00 |
| Total Number of Sheets in All Schedules ⇨ | | 18 | | | |
| Total Assets ⇨ | | | $224,440.00 | | |
| Total Liabilities ⇨ | | | | $542,531.00 | |

**In re: Lacrisha Jones**                                                    Case No. _____

Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Home

141 Providence Drive
Matteson, IL 60443 | | I | $220,040.00 | $296,092.00

Mortgage |

Total: | $ | 220,040.00

Page 1 of 1

In re:  **Lacrisha Jones**

Case No. _____

Debtor

## SCHEDULE  B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm.."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | monies on hand | I | $100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Living Room furnishings<br><br>same | I | $2,800.00 |
| | | two bed room sets, bed, dresser, mirror, mattress, box springs,<br>same | I | $800.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | womens used clothing<br><br>same | I | $700.00 |

**In re: Lacrisha Jones**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

Case No. _____

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re: **Lacrisha Jones**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

Case No. _____

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

**In re: Lacrisha Jones**

Debtor

## SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

Case No. _____

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles. | | 2005 Land Rover Range Rover | I | Unknown |
| | | Same | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |

**In re: Lacrisha Jones**

Debtor

## SCHEDULE  B - PERSONAL PROPERTY
### (Continuation Sheet)

Case No. _____

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUS., WIFE, JOINT, OR COMM. | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Total    $         4,400.00

In re:  **Lacrisha Jones**                                                     Case No. _____

Debtor

## SCHEDULE  C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

☐  11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒  11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING  EXEMPTIONS |
|---|---|---|---|
| Home | 735 ILCS 5/12-901 | $7,500.00 | $220,040.00 |
| womens used clothing | 735 ILCS 5/12-1001(a) | $300.00 | $700.00 |
| 2005 Land Rover Range Rover | 735 ILCS 5/12-1001(c) | $1,200.00 | Unknown |

Page 1 of 1

In re: **Lacrisha Jones**                                                 **Case No.** _____

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT** 186238956 | I | | 10/08 | | | | 296,092.00 | 76,052.00 |
| BAC Home Loans- Countrywide 450 American Street #SV 416 Simi Valley, CA 93065 | | | Mortgage Home | | | | * estimated | |
| | | | **VALUE $** 220,040.00 | | | | | |
| **ACCOUNT** 000000043377499 | I | | 05/22/08 | | | | 42,644.00 | Unknown |
| Ford Motor Credit Company, LLC P.O. Box 3228 c/o Freedman Anselmo, Lindberg & Rappe Naperville, IL 60566-7228 | | | car loan 2005 Land Rover Range Rover | | | | * estimated | |
| | | | **VALUE $**  Unknown | | | | | |

<u>0</u>  continuation sheets attached

Subtotal ⇨  $  338,736.00  (Total of this page)

Total ⇨  $  338,736.00  (Use only on last page)

In re: **Lacrisha Jones**

Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled " Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIM**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to a maximum of $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to a maximum of $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to a maximum of $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, maintenance or support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*\* Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0    continuation sheets attached

In re: **Lacrisha Jones**

Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT | | | | | | | Unknown | |

Sheet no.  1 of 1 sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal ⇨ $    0.00  (Total of this page)

Total ⇨ $    0.00  (Use only on last page)

In re:  **Lacrisha Jones**                                    Case No. _____

Debtor

## SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT** 500041248476- 288626 | | I | | | | | 5,280.00 |
| People Energy 130 E. Randolph Dr Chicago, IL 60601 | | | 03/2008 - 05/2010 uitilty bill | | | | * estimated |
| **ACCOUNT** | | I | | | | | 4,289.00 |
| State of Illinois 225 W. Adams Springfield, IL 62794-1871 | | | 1999 - 2010 parking tickets | | | | * estimated |
| **ACCOUNT** 435237761064 | | I | | | | | 1,249.00 |
| Target National Bank P.O. Box 673 Minneapolis, MN 55440 | | | 06/2007 revolving account | | | | * estimated |
| **ACCOUNT** 4352377610946194 | | I | | | | | 1,249.00 |
| TBN - Visa PO Box 673 Minneapolis, IL 55440-0673 | | | 05/2010 credit card | | | | * estimated |
| **ACCOUNT** 348689 | | I | | | | | |
| U. S. Deptarment of Ed - Direct Loans P. O Box 5609 Greenville, TX 75403 | | | 07/2008 Student Loan | | | | *** FOR NOTICE PURPOSES ONLY *** |
| **ACCOUNT** 200295000 | | I | | | | | 146.00 |
| WFNNB/Ashley Stewart 4590 E. Broad Street Columbus, OH 43213 | | | 06/2008 Revolving account | | | | * estimated |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| <u>1</u>  continuation sheets attached | | | (Total of this page) | Subtotal ⇨ | $ | | 0.00 |
| | | | (Use only on last page) | Total ⇨ | $ | | N/A |

In re: **Lacrisha Jones**                                      Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT 5491100005069<br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | I | 09/2008<br>lost credit card | | | | 540.00<br>* estimated |
| ACCOUNT 30318635001<br>IC Systems, Inc.<br>P.O. Box 64378<br>RE: Peoples Gas<br>Saint Paul, MN 55164 | | I | 03/2010<br>uitilty bill | | | | 2,594.00<br>* estimated |
| ACCOUNT 342202005<br>Mortage Lenders Network<br>213 Court St. Fl. 11<br>Middletown, CT 06457 | | I | 01/2007<br>motgage | | | | *** FOR NOTICE PURPOSES ONLY *** |
| ACCOUNT 10678026994<br>Nationwide Credit & Collection<br>815 Commerce Drive<br>Ste 100<br>Oak Brook, IL 60523 | | I | 02/2010<br>hospital bills | | | | 244.00<br>* estimated |
| ACCOUNT 10678026995<br>Nationwide Credit & Collection<br>815 Commerce Drive<br>Ste 100<br>Oak Brook, IL 60523 | | I | 11/2009<br>hospital bills | | | | 143.00<br>* estimated |
| ACCOUNT 6031255214<br>Nicor Gas<br>P O Box 8350<br>Aurora, IL 60507-8350 | | I | 05/2010<br>uitilty bill | | | | 617.00<br>* estimated |

2   continuation sheets attached

| | (Total of this page) | Subtotal ⇨ | $ | 4,138.00 |
|---|---|---|---|---|
| | (Use only on last page) | Total ⇨ | $ | N/A |

In re:  **Lacrisha Jones**                                                    Case No. _____

Debtor

## SCHEDULE  F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | C O D E B T O R | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT** | | I | | | | | 4,290.00 |
| City of Chicago Department of Revenue P.O. Box 5676 Chicago, IL 60680-5676 | | | 19992010 parking tickets | | | | * estimated |
| **ACCOUNT** 9M1501797 | | I | | | | | 6,375.00 |
| Cook Low Magistrate 50 W. Washington Re: Jaguar Credit Corp Chicago, IL 60602 | | | 02/2010 civil judgement | | | | * estimated |
| **ACCOUNT** 73711283 | | I | | | | | 140,000.00 |
| Country Wide Home Loans 450  American St. SV416 Simi Valley, CA 93065 | | | 08/2006 mortgage forclosure | | | | * estimated |
| **ACCOUNT** 65453000 | | I | | | | | 1,551.00 |
| Credit First Na/Firestone 6275 Eastland Road Brook Park, OH 44142 | | | 08/2007 Revolving account | | | | * estimated |
| **ACCOUNT** 654533318 | | I | | | | | 1,551.00 |
| Credit First National Associations PO Box 81083 Cleveland, OH 44181-0083 | | | 08/2007 charge account | | | | * estimated |
| **ACCOUNT** 603220353204 | | I | | | | | 596.00 |
| GE Capital/Walmart P,O, Box 961400 EL Paso, TX 79998 | | | 06/2008 revolving account | | | | * estimated |

_3_  continuation sheets attached

(Total of this page)    Subtotal ⇨  $        154,363.00

(Use only on last page)    Total ⇨  $        N/A

In re: **Lacrisha Jones**                                                 Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Hus., Wife, Joint, or Comm."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT** 22569464<br>Allianceone<br>6565 Kimball Drive<br>Gig Harbor, WA 98335 | | I | 01/2010<br>Civil judgement | | | | 361.00<br>* estimated |
| **ACCOUNT** 4264287998969584<br>Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850 | | I | 2008<br>stolen credit card | | | | 4,960.00<br>* estimated |
| **ACCOUNT** 54116578001986407<br>Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE 19850 | | I | 12/2006<br>revolving account | | | | 1,133.00<br>* estimated |
| **ACCOUNT** 5466160058052703<br>Citi Bank CBSD NA<br>701 E 60th Street N<br>Sioux Falls, SD 57104 | | I | 11/2007<br>revolving account | | | | 9,716.00<br>* estimated |
| **ACCOUNT** 607209162830<br>Citi Financial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | | I | 04/2008<br>Installment account | | | | 16,911.00<br>* estimated |

<u>4</u>   continuation sheets attached

| | | |
|---|---|---|
| (Total of this page) | Subtotal ⇨ $ | 33,081.00 |
| (Use only on last page) | Total ⇨ $ | N/A |

**In re:  Lacrisha Jones**

Case No. _____

Debtor

## SCHEDULE  F -  CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUS., WIFE, JOINT, OR COMM. | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|

<u>0</u>  continuation sheets attached

(Total of this page)   Subtotal ⇨  $   12,213.00

(Use only on last page)   Total ⇨  $   203,795.00

In re:  **Lacrisha Jones**                                          Case No. _____

<span style="font-size:smaller">Debtor</span>

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e. "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☒  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|

<u>0</u>   continuation sheets attached

In re: **Lacrisha Jones**                                      Case No. _____

Debtor

## SCHEDULE  H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒  Check this box if debtor has no codebtors.

**NAME AND ADDRESS OF CODEBTOR.**                    **NAME AND ADDRESS OF CREDITOR**

**In re: Lacrisha Jones**                                                                 Case No. _____

Debtor

## SCHEDULE  I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | Name | Age | Relationship |
| | Rodnedra McNeal | 17 | daughter |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation: | student | |
| Name of Employer: | Stanford Ground School | |
| How long employed: | 1 months. | |
| Address of employer: | | |
| | 183 Street | |
| | Tinley Park, IL | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions | $0.00 | $0.00 |
| (prorate if not paid monthly.) | | |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $0.00 | $0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $0.00 | $0.00 |
| b. Insurance | $0.00 | $0.00 |
| c. Union dues | $0.00 | $0.00 |
| d. Other (Specify) : (                    ) | $0.00 | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business or profession or farm | $0.00 | $0.00 |
| (attach detailed statement) | | |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| Social security or other government assistance (Specify) : (                    ) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income (Specify) : (                    ) | $0.00 | $0.00 |
| TOTAL MONTHLY INCOME | $0.00 | $0.00 |
| TOTAL COMBINED MONTHLY INCOME | $0.00 | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

NONE

0  continuation sheets attached

In re:  **Lacrisha Jones**                                                    Case No. _____
      Debtor

## SCHEDULE  J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,987.00 |
| Are real estate taxes included?     Yes   X     No | | |
| Is property insurance included?     Yes        No   X | | |
| Utilities    Electricity and heating fuel | $ | 270.00 |
|        Water and sewer | $ | 78.00 |
|        Telephone | $ | 100.00 |
|        Other : (                     ) | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 100.00 |
| Food | $ | 350.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 60.00 |
| Medical and dental expenses | $ | 0.00 |
| Transportation (not including car payments) | $ | 185.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|        Homeowner's or renter's | $ | 187.00 |
|        Life | $ | 0.00 |
|        Health | $ | 0.00 |
|        Auto | $ | 211.00 |
|        Other : (                     ) | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) : (         ) | $ | 0.00 |
| Installment payments: (In Chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|        Auto | $ | 1,193.00 |
|        Other : (                     ) | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other :   (                             ) | $ | 0.00 |

| | | |
|---|---|---:|
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 5,821.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $ |
| B. Total projected monthly expenses | $ |
| C. Excess income (A minus B) | $ |
| D. Total amount to be paid into plan each | $ |
| (Interval) | |

<u>0</u>  continuation sheets attached

# United States Bankruptcy Court

### Northern District of Illinois

In re: Lacrisha Jones                                                                   Case No:
      Social Security No.: 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

## Statement Of Financial Affairs

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16 - 21. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

### DEFINITIONS

"IN BUSINESS." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"INSIDER." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**None**    **1. Income from employment or operation of business**
☐
    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | Amount | Source (if more than one) | Year | Fiscal Year |
|---|---|---|---|---|
| | $0.00 | | 2009 | 2008 - 2009 |
| W | $0.00 | | 2008 | 2007-2008 |

Debtor: Lacrisha Jones                                                Case No:

**None**  **2. Income other than from employment or operation of business**
☒      State the amount of income received by the debtor other than from employment, trade, profession, or
operation of the debtor's business during the two years immediately preceding the commencement of
this case. Give particulars. If a joint petition is filed, state income for each spouse separately.
(Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  Amount  |  Source  |  Year  |
|----------|----------|--------|

**None**  **3. Payments to creditors**
☒      A. List all payments on loans, installment purchases of goods or services, and other debts, aggregating
more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid | Amount Still Owing |
|------------------------------|-------------------|-------------|--------------------|

**None**  B. List all payments made within one year immediately preceding the commencement of this case to or
☒      for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or
chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Dates of Payments | Amount Paid | Amount Still Owing |
|---------------------------------------------------------|-------------------|-------------|--------------------|

**None**  **4. Suits and administrative proceedings, executions, garnishments and attachments**
☐      A. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency and Location | Status or Disposition |
|---------------------------------|----------------------|------------------------------|-----------------------|
| Ford Motor Credit Company vs. Lacrisha C. Jones 09M15017987 | Defaulted payment agreement | Circuit Court of Cook County Illinois Richard J Daley Center Rm 1401 Chicago, IL 60602 | Case pending |

**Form 7. Statement of Financial Affairs**    **Page: 2**

**Debtor:** Lacrisha Jones

**Case No:**

**None**
☒

B. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

**None**
☐

**5. Repossessions, foreclosures and returns**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor or Seller | Date of Repossession, Foreclosure Sale, Transfer or Return | Description and Value of Property |
|---|---|---|
| Lacrisha C. Jones<br>141 Providence Drive<br>Matteson, IL 60443 | 04/2010 | single family home<br>$120,000.00 |

**None**
☒

**6. Assignments and receiverships**

A. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|

**None**
☒

B. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title and Number | Date of Order | Description and Value of Property |
|---|---|---|---|

**None**
☒

**7. Gifts**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

**Form 7. Statement of Financial Affairs        Page: 3**

**Debtor:** Lacrisha Jones                                                          **Case No:**

**None**  **8. Losses**
☒     List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| Description and Value of Property | Description of Circumstances and, if Loss was Covered in Whole or in Part By Insurance, Give Particulars | Date of Loss |
| --- | --- | --- |

**None**  **9. Payments related to debt counseling or bankruptcy**
☐     List all payments made or property transferred by or on behalf of the debtor to any persons,
including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy
law or preparation of a petition in bankruptcy within one year immediately preceding the
commencement of this case.

| Name and Address of Payee | Date of Payment, Name of Payor if Other Than Debtor | Amount of Money or Description and Value of Property |
| --- | --- | --- |
| Consumer Debt Counselors<br>222 S. Pennsylvania Ave<br>Winter Park, FL  32289 | 07/06/2010<br>Lacrisha Jones | $50.00 |

**None**  **10. Other transfers**
☒     List all other property, other than property transferred in the ordinary course of business or
financial affairs of the debtor, transferred either absolutely or as security within one year
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, Relationship to Debtor | Date | Describe Property Transferred and Value Received |
| --- | --- | --- |

**None**  **11. Closed financial accounts**
☒     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| Name and Address of Institution | Type and Number of Account and Amount of Final Balance | Amount and Date of Sale or Closing |
| --- | --- | --- |

**Debtor:** Lacrisha Jones                                                  **Case No:**

None
☒
**12. Safe deposit boxes**
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Bank or Other Depository | Names and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if any |
|---|---|---|---|

None
☒
**13. Setoffs**
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Date of Setoff | Amount of Setoff |
|---|---|---|

None
☒
**14. Property held for another person**
List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

None
☐
**15. Prior address of debtor**
If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|
| 6717 S. Union Ave Chicago, IL 60621 | Lacrisha Jones | 10/2005 |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **two years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)*

---

**Form 7. Statement of Financial Affairs      Page: 5**

**Debtor:** Lacrisha Jones

**Case No:**

**None** ☒  **16. Nature, location and name of business**

A. If the debtor is an individual, list the names and addresses of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the two years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the two years immediately preceding the commencement of this case.

B. If the debtor is a partnership, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

C. If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities within the two years immediately preceding the commencement of this case.

| Name | Address | Nature of Business | Beginning and Ending Dates of Operation |
|------|---------|--------------------|------------------------------------------|

**None** ☒  **17. Books, records and financial statements**

A. List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| Name and Address | Dates Services Rendered |
|------------------|-------------------------|

**None** ☒  B. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name | Address | Dates Services Rendered |
|------|---------|-------------------------|

**None** ☒  C. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| Name | Address |
|------|---------|

**None** ☒  D. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| Name and Address | Date Issued |
|------------------|-------------|

**None** ☒  **18. Inventories**

A. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar Amount of Inventory (Specify cost, market, or other basis) |
|-------------------|----------------------|-------------------------------------------------------------------|

**None** ☒  B. List the name and address of the person having possession of the records of each of the two inventories reported in A, above.

| Date of Inventory | Name and Addresses of Custodian of Inventory Records |
|-------------------|------------------------------------------------------|

**Form 7. Statement of Financial Affairs**      **Page: 6**

**Debtor:** Lacrisha Jones

**Case No:**

None ☒

**19. Current Partners, Officers, Directors, and Shareholders**

A. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| Name and Address | Nature of Interest | Percentage of Interest |
|---|---|---|

None ☒

B. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

| Name and Address | Title | Nature and Percentage of Stock Ownership |
|---|---|---|

None ☒

**20. Former Partners, Officers, Directors, and Shareholders**

A. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| Name | Address | Date of Withdrawal |
|---|---|---|

None ☒

B. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| Name and Address | Title | Date of Termination |
|---|---|---|

None ☒

**21. Withdrawals from a partnership or distributions by a corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| Name and Address of Recipient, Relationship to Debtor | Date and Purpose of Withdrawal | Amount of Money or Description and Value of Property |
|---|---|---|

**Debtor:** Lacrisha Jones

**Case No:**

[If completed by an individual or individual and spouse]

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct.

Date......7/2/10...................        ..............................................
                                          Signature of Debtor

Date...............................        ..............................................
                                          Signature of Joint Debtor, (if any)
                                          (If joint case, both spouses must sign.)

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
See 11 U.S.C. § 110

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

..............................................        .....................~9292-..........
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

..............................................
Address                         Tel. No.

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

..............................................        ..............................................
Signature of Bankruptcy Petition Preparer        Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110, 18 U.S.C. § 156.

**Form 7. Statement of Financial Affairs        Page: 8**

**Debtor:** Lacrisha Jones                                    **Case No:**

[If completed on behalf of a partnership or corporation]

I declare under penalty of perjury that I have read the answers contained in the foregoing Statement of Financial Affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date........*7/7/10*........................                    _Lacrisha Jones_ (signature)
                                                                Signature

                                                                *Lacrisha Jones*
                                                                Print Name

                                                                ..........................................................
                                                                Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

_____

**Form 7. Statement of Financial Affairs      Page:  9**

# United States Bankruptcy Court
### Northern District of Illinois

**In re:  Lacrisha Jones**

Case No. _____

**Chapter 7**

Debtor

### Declaration Under Penalty of Perjury by Individual / Joint Debtor

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _7/7/10_____    Signature: x _____
                                                                    Debtor

---

### Certification and  Signature Of Non-Attorney Bankruptcy Petition Preparer  (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    ~~_____~~ 9292
Printed or Typed Name of Bankruptcy Petition Preparer       Social Security Number

Address _____    Tel. No. _____

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Bankruptcy Petition Preparer                               Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110, 18 U.S.C. § 156.

---

### Declaration Under Penalty of Perjury on Behalf of Corporation or Partnership

I, the _____ of the _____ named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: x _____

Name: _____

Title: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

Law Office of Robert C. Morton
105 W. Madison St.
Chicago, IL  60602
Tel:  (312) 726-9789
Fax:

**Attorney for the Petitioner**

# United States Bankruptcy Court
### Northern District of Illinois
## Numbered Listing of Creditors

In re: Lacrisha Jones
  Debtor
  141 Providence Drive
  Matteson, IL  60443

Case No.:

Chapter:  7

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1  Allianceone<br>6565 Kimball Drive<br>Gig Harbor, WA  98335<br><br>22569464 | Unsecured NonPriority | $361.00 |
| 2  BAC Home Loans- Countrywide<br>450 American Street #SV 416<br>Simi Valley, CA  93065<br><br>186238956 | Secured | $296,092.00 |
| 3  Bank Of America<br>PO Box 17054<br>Wilmington, DE  19850<br><br>4264287998969584 | Unsecured NonPriority | $4,960.00 |

In re:  Lacrisha Jones                                                                     **Case No.:**

| 4 | Chase Bank USA<br>P.O. Box 15298<br>Wilmington, DE  19850<br><br>54116578001986407 | Unsecured NonPriority | $1,133.00 |

| 5 | Citi Bank CBSD NA<br>701 E 60th Street N<br>Sioux Falls, SD  57104<br><br>5466160058052703 | Unsecured NonPriority | $9,716.00 |

| 6 | Citi Financial<br>300 Saint Paul Pl<br>Baltimore, MD  21202<br><br>607209162830 | Unsecured NonPriority | $16,911.00 |

| 7 | City of Chicago Department of Revenue<br>P.O. Box 5676<br>Chicago, IL  60680-5676 | Unsecured NonPriority | $4,290.00 |

| 8 | Cook Low Magistrate<br>50 W. Washington<br>Re: Jaguar Credit Corp<br>Chicago, IL  60602<br><br>9M1501797 | Unsecured NonPriority | $6,375.00 |

| 9 | Country Wide Home Loans<br>450  American St.<br>SV416<br>Simi Valley, CA  93065<br><br>73711283 | Unsecured NonPriority | $140,000.00 |

| 10 | Credit First Na/Firestone<br>6275 Eastland Road<br>Brook Park, OH  44142<br><br>65453000 | Unsecured NonPriority | $1,551.00 |

| 11 | Credit First National Associations<br>PO Box 81083<br>Cleveland, OH  44181-0083<br><br>654533318 | Unsecured NonPriority | $1,551.00 |

In re: Lacrisha Jones                                                    Case No.:

| | | |
|---|---|---|
| 12  Ford Motor Credit Company, LLC<br>P.O. Box 3228<br>c/o Freedman Anselmo, Lindberg & Rappe<br>Naperville, IL  60566-7228<br><br>000000043377499 | Secured | $42,644.00 |
| 13  GE Capital/Walmart<br>P,O, Box 961400<br>EL Paso, TX  79998<br><br>603220353204 | Unsecured NonPriority | $596.00 |
| 14  HSBC Bank<br>PO Box 5253<br>Carol Stream, IL  60197<br><br>5491100005069 | Unsecured NonPriority | $540.00 |
| 15  IC Systems, Inc.<br>P.O. Box 64378<br>RE: Peoples Gas<br>Saint Paul, MN  55164<br><br>30318635001 | Unsecured NonPriority | $2,594.00 |
| 16  Mortage Lenders Network<br>213 Court St. Fl. 11<br>Middletown, CT  06457<br><br>342202005 | Unsecured NonPriority | $0.00 |
| 17  Nationwide Credit & Collection<br>815 Commerce Drive<br>Ste 100<br>Oak Brook, IL  60523<br><br>10678026994 | Unsecured NonPriority | $244.00 |
| 18  Nationwide Credit & Collection<br>815 Commerce Drive<br>Ste 100<br>Oak Brook, IL  60523<br><br>10678026995 | Unsecured NonPriority | $143.00 |
| 19  Nicor Gas<br>P O Box 8350<br>Aurora, IL  60507-8350<br><br>6031255214 | Unsecured NonPriority | $617.00 |

In re: Lacrisha Jones                                                          Case No.:

| | | | |
|---|---|---|---|
| 20 | People Energy<br>130 E. Randolph Dr<br>Chicago, IL  60601<br><br>500041248476- 288626 | Unsecured NonPriority | $5,280.00 |
| 21 | State of Illinois<br>225 W. Adams<br>Springfield, IL  62794-1871 | Unsecured NonPriority | $4,289.00 |
| 22 | Target National Bank<br>P.O. Box 673<br>Minneapolis, MN  55440<br><br>435237761064 | Unsecured NonPriority | $1,249.00 |
| 23 | TBN - Visa<br>PO Box 673<br>Minneapolis, IL  55440-0673<br><br>4352377610946194 | Unsecured NonPriority | $1,249.00 |
| 24 | U. S. Deptarment of Ed - Direct Loans<br>P. O Box 5609<br>Greenville, TX  75403<br><br>348689 | Unsecured NonPriority | $9,400.00 |
| 25 | WFNNB/Ashley Stewart<br>4590 E. Broad Street<br>Columbus, OH  43213<br><br>200295000 | Unsecured NonPriority | $146.00 |

In re:  Lacrisha Jones                                                    **Case No.:**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

**Declaration Under Penalty of Perjury by Individual / Joint Debtor**

I, Lacrisha Jones, named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Numbered Listing of Creditors, consisting of  5 sheets (including this declaration), and that it is true and correct to the best of my information and belief.

**Signature:** _____          **Date:** _____
              Lacrisha Jones

**Signature:** _____          **Date:** _____